NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JAMES D. SHIMKO,                    )
                                    )
      Appellant,              )
                                    )
v.                                  )        Case No. 2D18-734
                                    )
STATE OF FLORIDA,                   )
                                    )
      Appellee.               )
_____ )

Opinion filed October 17, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Lee County; Ramiro Manalich,
Judge.

James D. Shimko, pro se.


PER CURIAM.

      Affirmed.  See § 775.082(9)(b), Fla. Stat. (2006); McDonald v. State, 957

So. 2d 605 (Fla. 2007); Stovall v. Cooper, 860 So. 2d 5 (Fla. 2d DCA 2003) (en banc);

Miller v. State, 828 So. 2d 1055 (Fla. 2d DCA 2002); Miller v. State, 882 So. 2d 480

(Fla. 5th DCA 2004).


LaROSE, C.J., and MORRIS and SALARIO, JJ., Concur.